IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06-cv-00222

| | |
|---|---|
| ROBERT FRANKLIN PINKSTON, c/b/a PINKSTON SALES & SERVICE AND PINKSTON'S LAWNMOWER AND EQUIPMENT, INC., <br>     Plaintiffs, <br><br> v. <br><br> OUTDOOR EQUIPMENT DISTRIBUTORS, INC., STI TURF CARE & EQUIPMENT, LLC, ROBERT L. ZUCKER, JR., MATTHEW J. MACHTAY, and LORI WHITE, individuals, EXMARK MANUFACTURING COMPANY, INCORPORATED, a foreign corporation - Nebraska), <br>     Defendants. | **ORDER** |

Based upon the stipulation and agreement of the parties in this action, it is hereby

ORDERED that the time for all defendants to answer or otherwise respond to plaintiffs'

Amended Complaint, shall be and is hereby enlarged until July 12, 2006.

    **SO ORDERED**.

                                        Signed: June 30, 2006

                                        *Carl Horn, III*

                                        Carl Horn, III
                                        United States Magistrate Judge